# EXHIBIT B

**Infringement Claim Chart for US8617160B2 v. DJO LLC ("Defendant")**

| Claims | Evidence |
|---|---|
| **A device for the implantation into osseous material to facilitate healing,** comprising: | The defendant's product ECLIPSE SOFT TISSUE ANCHOR is device for implantation into osseous material in order to facilitate healing.<br><br><br><br>Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor<br><br><br><br>Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor |



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

| | |
|---|---|
| **an elongated tubular body wherein the elongated tubular body** contains; | The defendant's product ECLIPSE SOFT TISSUE ANCHOR is a device for implantation into osseous material in order to facilitate healing includes an elongated tubular body. <br><br>  <br><br> Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor |



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

| | |
|---|---|
| **a mobile elongated rod;** | The defendant's product ECLIPSE SOFT TISSUE Anchor is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes an elongated tubular body where, the elongated tubular body comprises an elongated rod.<br><br><br><br>Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor<br><br><br><br>Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor |



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

| | |
|---|---|
| **an anchoring element** attached **to the elongated tubular body;** and | The defendant's product ECLIPSE SOFT TISSUE Anchor is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes an elongated tubular body where the elongated tubular body comprises an elongated rod and anchoring element.<br><br><br><br>Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor<br><br><br><br>Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor |



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

| | |
|---|---|
| **a driver attached to the elongated rod** | The defendant's product ECLIPSE SOFT TISSUE Anchor is a device for implantation into bone (i.e., osseous material) includes an elongated tubular body where the tubular body comprises a mobile elongated rod, an anchoring element and a driver.<br><br> |

Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

| wherein the driver can move substantially along the length of the elongated tubular body and engages the anchoring element thereby causing the anchoring element to protrude laterally through the elongated tubular body and engage the surrounding osseous material. | The defendant's product ECLIPSE SOFT TISSUE Anchor is a device for implantation into the osseous material (Bone Tissue) includes an elongated tubular body where the elongated tubular body comprises a mobile elongated rod, an anchoring element, and a driver. The driver can move along the length of the elongated tubular body and engages the anchoring element so that the anchoring element protrude laterally to engage the surrounding osseous material.  Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor  |
|---|---|

The driver moves along the length of elongated tubular body to engage anchoring element

Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor



Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

Source: https://www.djoglobal.com/products/medshape/eclipse-soft-tissue-anchor

14