IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DISTRIBUTION INTELLIGENCE SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ENOVIS CORPORATION,**<br><br>Defendant. | **CASE NO. 1:23-cv-00810**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Distribution Intelligence Systems, LLC ("Plaintiff") and Defendant Enovis Corporation hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed WITH PREJUDICE.

2. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated:  September 15, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ *René A. Vazquez* | /s/ *Paige Arnette Amstutz* |
| René A. Vazquez | Paige Arnette Amstutz |
| Virginia Bar No. 41988 | Texas Bar No. 00796136 |
| rvazquez@sinergialaw.com | SCOTT DOUGLAS & MCCONNICO LLP |
| | 303 Colorado Street, Suite 2400 |
| **SINERGIA TECHNOLOGY LAW GROUP, PLLC** | Austin, TX 78701 |
| 18296 St. Georges Ct. | Telephone: (512) 495-6300 |
| Leesburg, Virginia 20176 | Facsimile: (512) 495-6399 |
| Telephone: (703) 989-2244 | pamstutz@scottdoug.com |
| | |
| Randall Garteiser | *Counsel for Defendant Enovis Corporation* |
|   Texas Bar No. 24038912 | |
|   rgarteiser@ghiplaw.com | |
| M. Scott Fuller | |
|   Texas Bar No. 24036607 | |
|   sfuller@ghiplaw.com | |

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Counsel for Plaintiff*
*Distribution Intelligence Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 14th day of September, 2023.

                                                                 */s/ René A. Vazquez*
                                                                 René A. Vazquez